**Order entered October 4, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01036-CV

## IN RE: DERIC VALDEZ, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-07033**

# ORDER
Before Justices Bridges, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/     BILL WHITEHILL
        JUSTICE